UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAWNTE Y. ANDERSON,
on behalf of C.B.A., a minor,

      Plaintiff,                               Case No: 1:07-CV-119

v                                                HON. JANET T. NEFF

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge (Dkt #13) is approved and adopted as the opinion of the Court.

2. The decision by the Commissioner of Social Security is hereby REVERSED AND REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for a reevaluation of plaintiff's asthma and juvenile diabetes claims consistent with the Report and Recommendation.

Dated:  January 24, 2008                                  /s/ Janet T.Neff
                                                                       JANET T. NEFF
                                                                        United States District Judge